IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHALE NEISIG AND GINA TORRES, § <br>    *Plaintiffs,* § <br> § <br> v. § <br> § <br> PEACHTREE HOSPITALITY § <br> MANAGEMENT, LLC § <br>    *Defendant.* | CIVIL ACTION NO.: _____ <br><br> JURY TRIAL DEMANDED |

## DEFENDANT PEACHTREE HOSPITALITY MANAGEMENT, LLC'S NOTICE OF REMOVAL

Defendant, Peachtree Hospitality Management, LLC ("Defendant") files this Notice of Removal under 28 U.S.C. § 1446(a).

## INTRODUCTION

1. Plaintiffs are Michale Neisig and Gina Torres.

2. Defendant is Peachtree Hospitality Management, LLC.

3. On May 15, 2023, Plaintiffs filed suit against Defendant in the 333rd Judicial District Court of Harris County, Texas, under Cause No. 2023-30180, and demanded a jury trial.[1]

4. Defendant was served on May 16, 2023,[2] and timely filed its Original Answer on June 5, 2023.[3]

5. Plaintiffs allege state law causes of action against Defendant for defamation, false imprisonment, and negligence or premises liability.[4]

---

[1] *See* Plaintiffs' Original Petition, attached hereto and fully incorporated herein as Exhibit "B."
[2] *See* Citation of Service for Defendant, attached hereto and fully incorporated herein as Exhibit "C."
[3] *See* Defendant's Original Answer, attached hereto and fully incorporated herein as Exhibit "D."
[4] *See* Exhibit "B" at ¶¶ 11-13.

8. Defendant timely files this Notice of Removal within thirty (30) days of actual receipt of Plaintiff's Original Petition.[5]

9. In accordance with the Federal Rules of Civil Procedure and Local Rules for the Southern District of Texas, the following documents are being filed contemporaneously with this Notice of Removal:

> EXHIBIT A:  Index of Documents Being Filed;
>
> EXHIBIT B:  Plaintiffs' Original Petition
>
> EXHIBIT C:  Citation of Service for Defendant
>
> EXHIBIT D:  Defendant's Original Answer
>
> EXHIBIT E:  Defendant's Texas Secretary of State Business Filings
>
> EXHIBIT F:  State Court Docket Sheet
>
> EXHIBIT G:  List of all counsel of record, including addresses, telephone numbers and parties represented.

## BASIS OF REMOVAL

10. Removal is proper because there is complete diversity between the parties and the amount in controversy exceeds $75,000.00. 28 U.S.C. §§ 1332(a). Plaintiffs are residents of Harris County, Texas, and Defendant is a foreign limited liability company with its principal place of business in Atlanta, Georgia.[6]

11. Though no specific amount is plead within Plaintiffs' Original Petition, it indicates at paragraphs 2 and 5: "Plaintiffs seek only monetary relief of $250,000 or less, excluding interest, statutory or punitive damages and penalties, and attorney's fees and costs . . . The Court has subject-matter jurisdiction over the lawsuit because the amount

---

[5] *See* Exhibit "C."
[6] *See* Exhibit "B" at ¶¶ 3-4; *see also* Exhibit "E."

in controversy exceeds this Court's minimum jurisdictional requirements."[7]

12. Copies of all pleadings, process, orders, and other filings in the state-court suit are attached to this notice as required by 28 U.S.C. § 1446(a).

13. Venue is proper in this district under 28 U.S.C. § 1441(a) because the state court where the suit has been pending is located in this district.[8]

14. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the suit is pending.

## CONCLUSION

15. Complete diversity exists between Plaintiffs and Defendant, and the amount in controversy exceeds $75,000.00. For these reasons, Defendant, Peachtree Hospitality Management, LLC, asks the Court to remove the suit to the United States District Court for the Southern District of Texas—Houston Division.

          Respectfully submitted,

          **BROWN SIMS**

          By: _____
          Robert M. Browning
          Attorney-In-Charge
          S.D. Texas Federal ID No. 21097
          State Bar No. 00796264
          1990 Post Oak Blvd, Suite 1800
          Houston, Texas 77056
          Telephone: (713) 629-1580
          Facsimile:  (713) 629-5027
          rbrowning@brownsims.com

          **ATTORNEY FOR DEFENDANT**
          **PEACHTREE HOSPITALITY**
          **MANAGEMENT, LLC**

---

[7] *See* Exhibit "B" at ¶¶ 2 and 5.
[8] *See id.*

OF COUNSEL:

BROWN SIMS
Steven M. Moreno
S.D. Texas Federal ID No. 3641907
State Bar No. 24034634
Houston, Texas 770056
Telephone: (713) 629-1580
Facsimile: (713) 629-5027
smoreno@brownsims.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be furnished to all known counsel and/or parties on record with this Court via the United States District Court, Southern District of Texas' Notice of Electronic Filing System, on this, the 14th day of June, 2023.

_____
Robert M. Browning